RECEIVED JUL 2 4 2015 PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

~~SAMPLE~~ Sorry ~~DO NOT SUBMIT THIS FORM TO THE COURT~~ Keep walking like I gave them NO Acc

They ring my bell once yesterday and

------------------------------------X

[Your Name], MARIE L BANKS AKA GERVAIS

Plaintiff,

COMPLAINT

CV15 LEESON 4391 SCANLON, M.J.

- against - Evelyne Isidore and HAUP = Haitian American United for Progress

[Insert Names], Queens Linden Blvard.

Jury Trial Demanded

Defendants.

and September 11, 01-NASA orchestrator
------------------------------------X

I. Parties:

Plaintiff MARIE L BANKS resides at 194 Malcolm X Blvard Apt B3 Brooklyn N.Y 11221

Defendant Evelyne Isidore resides at employee of HAUP / Sept 11, 01, NASA orchestrator

Defendant Paulin Florestal resides at Long Island Hempstead
AKA James Robert.

II. The jurisdiction of the Court is invoked pursuant to False Accusation - Defamation - spy - Rapist with disease - orchestration of Kidnapping - Black mail - Dismantelment of my A Registration number -

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] Defendant and a group assailled me to trap me by questionning the legal aspect of my papers at the same time I was fighting with my ex husband in Family Court and I was heavily medicated at Elmhurst Hospital Psychiatric ward

IV. Remedy. State what relief, such as money damages, you seek from each defendant. 30 millions of dollars for world wide Defamation - I do not buy sell Fabricated Documents or Drugs

Find my Immigration Naturalization Records in the U.S. archives Have Evelyne Isidore come to the court with the green card she bought from the white man.

July 24, 2015
Date

Marie L Banks
Sign Your Name

Hacked by order of Junon Domi
Telephone Number
nigne - cell phone
347-798-5224

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

~~SAMPLE~~
Sorry ~~DO NOT SUBMIT THIS~~
~~FORM TO THE COURT~~

They ring my bell once yesterday and Keep Walking like I gave them NO Acc

-----------------------------------X

[Your Name], MARIE L BANKS
AKA GERVAIS
Plaintiff,

COMPLAINT

- against - Evelyne Isidore
and HAUP = Haitian American United for Progress
[Insert Names], and September 11, 01-NASA orchestrator

Jury Trial Demanded
Queens Linden Blvard.

Defendants.
-----------------------------------X

I. Parties:

Plaintiff MARIE L BANKS resides at 194 Malcolm X Blvard Apt B3 Brooklyn N.Y 11221
Defendant Evelyne Isidore resides at employee of HAUP / Sept 11, 01, NASA orchestrator
Defendant Paulin Florestal resides at Long Island Hempstead
AKA James Robert.

II. The jurisdiction of the Court is invoked pursuant to False Accusation - Defamation - spy - Rapist with disease orchestration of Kidnapping - Black mail - Dismantlement of my JA Registration number -

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] Defendant and a group assailed me to trap me by questioning the legal aspect of my papers at the same time I was fighting with my ex husband in Family court and I was heavily medicated at Elmhurst Hospital Psychiatric ward

IV. Remedy. State what relief, such as money damages, you seek from each defendant.
30 millions of dollars for world wide Defamation - I do not buy sell or Drugs Fabricated Documents

July 24, 2015
Date

Sign Your Name   Marie L Banks

Find my Immigration Naturalization Records in the U.S. archives
Have Evelyne Isidore come to the court with the green card she bought from the white man.—

Hacked by order of Junon Domi
Telephone Number  nigue - cell phone
347-798-5224

# FEDERAL BUREAU OF INVESTIGATION
## 26 Federal Plaza, New York, NY 10278

## Complaint Form

Date: July 10, 2015    Time: 1:22 pm

**Complainant Information:**

Name: BANKS-GERVAIS Marie Lourdes    Telephone: 347-798-5224    DOB: Feb 15, 1956

Language Spoken: French - English

Address: 194 Malcolm X Blvrd Apt B, Brooklyn N.Y. 11221
mailing P.O. Box 750192 Forest Hills, Queens N.Y 11375

Name of Employer: Disabled by Brainwashing - Tortures 26 years

Facts of Complaint: Harassment - Orchestration of Kidnapping By September 11 Army members - For Mass Grave. - I Marie Lourdes BANKS-Gervais have obtained all my documents legally by Application in U.S. office - I am not on Drugs Politique - Conspiracy to manage the U.S. The Postal Employee Zip code 11221 that also steal Homeless checks and Identification papers. An Army called Bedford Stuyvesant Army (like Malcolm-x) are on me 24/7 stealing with the Super my valuable, my clothes, my papers deed of House, my receipt several complaints to Building manager and Federal Court. They stole my Naturalization certificate On July 2, 2015 like I do every month I went to the Bank to get my Disability check and I went to the Post-office and bought 3 money orders - I mailed one to National Grid strangely on the 7 of July I received a return enveloppe from the Post office, I opened it, put the money order that was there in another enveloppe and went to National Grid Metro tech Center.

How did complainant learn of this information?

A group of Haitians went on channel 25 and said to get Tenant out. get search warrant, they attacked the Target on their Utilities Bill

Complaint taken by P.O.: _____    Shield # _____

see over

Complaint

#1. Radio 4 VEH Cap Haitien, Haiti in 2001 - Speak Mr Victorin " September 11, 2001 a chosen date 911 was done via space, Pulling the Sun, sun symbol of muslim flag ... Every one had passed the ground security check at the Airport before Boarding the planes? Pulling the moon to look for bool for lottery is a daily amusement of the people from the North of Haiti, Cap-Haitien that bleache the N.Y. Lottery ... bref... Radio 4 VEH radio with female German Director, the map in the office removed all Brittish Name on the Island near Canada. They planted little bag under the bench when I sit down in their yard.

#2. MRS Evelyne Isidore study in Belzium (she said) where my friend mother informed me of a deal with African to exterminate all NATIVE PIG of America for PiG Fever. Human?...

#3. I called the HAUP, a baby sitter agency to request help, so I can go to work and have my son taking care of. My baby sitter name was Paula HAUP send me a Baby sitter, female, old lady that I graduated the same school, same year as her niece MARYSE ISIDORE -1978-
I was happy until I realized that I got trapped in a Spy System, with questionning trap on Immigration Papers - By MRS Evelyne Isidore, Paula's daughter while I was under heavy Medication by Family Court order.

My Resident alien card ... spouse by my Ex-Husband Eric Gervais and I received the card after I went to Sury Trial case with 2 lawyers for work permit ... 1982-1985 process with F.B. handling the case, speak to my ex-husband. We became separated, divorced 1988 and in 199_ I earned my Naturalization certificate in a Ceremony presided by Federal Judge at 225 Cadman Plaza East.

#4. MRS Evelyne Isidore, suffocated me with pressure to find some one to help her get paper to work and she insisted on going on the agencies that I am working for ... After thinking, it comes to my mind that the man who moved my furniture to Long Island from Queens said that he has connection to all Administration as Baby Doc Presidential team - I told Mrs Isidore to speak to the Moving Man Rix Delva. The Moving man tell me to tell her to get five hundred dollars for the paper and MRS ISIdore told me upon my inquiry of who gave her the paper, on the Bus in front of a lot of Passengers she and her mother told me it was <u>a white man</u> police type associated <u>with Rix Delva</u> what makes me upset is the Propaganda world wide to have the school where I studied reunited the world wide Nursing

student they could get and put my office face to face with Mrs Evelyne Isidore on Astoria Man. I do not know the white man, I only request from Mr Rix Delva to help me move out of my apartment at 141-65 85th Road Apt 2C Briarwood Queens N.Y. where I was asked to move out in 6 months after arraignment and arrest in the presence of: 1- My Biological father 2- My Biological mother 3- My Sisters 4- My Son, 3y old at the time - My Ex husband Eric Gervais had sponsored me and I had passed all my nursing state board examination legally under finger printing and picture taken. -

Mrs Evelyne Isidore pressured me to go with her to People Care, Nursing Agency. after I went by myself passed the examination, handled all my papers, worked for the agency. Now 2015 the vermins from the North of Haiti have all my record under question, to put me in mass grave, the Purpose of the world Trade Center elimination of Government checks Investigator office when Martha Steward got arrested.

#5. The group send a rapist with disease to follow me to Family Court in Queens like a friend under a disguise name: "James Robert" when he heard I pay the mortgage, he assaulted sell Drugs, Documents to Any one any where in the U.S. To see my Alien Registration number manipulated on my Naturalization certificate. See Proof - Marie L Banks. -

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 14888448

USCIS Registration No. A026161019

*Personal description of holder as of date of issuance of this Certificate:*

Date of birth: FEBRUARY 15, 1956

Sex: FEMALE

Height: 5 feet 6 inches

Marital status: SINGLE

Country of former nationality: HAITI





*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Marie L Banks-Gervais
(Complete and true signature of holder)

Be it known that: MARIE LOURDES BANKS GERVAIS

residing at 194 MALCOLM X BLVD B3, BROOKLYN, NEW YORK 11221

having applied to the Director, U.S. Citizenship and Immigration Services, for replacement of a Certificate of Naturalization and having proved to the satisfaction of the Director that (s)he

COMPLIED WITH THE APPLICABLE PROVISIONS OF SUCH NATURALIZATION LAWS AND WAS ENTITLED TO BE ADMITTED TO CITIZENSHIP, SUCH PERSON HAVING TAKEN THE OATH OF ALLEGIANCE IN A CEREMONY CONDUCTED BY THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

AT BROOKLYN, NEW YORK ON JUNE 25TH, 1991

Now Therefore, in pursuance of the authority contained in Section 343 ( ) of the Immigration and Nationality Act, this Certificate of Naturalization is issued this 30TH day of JUNE 2015 and the seal of the Department of Homeland Security affixed pursuant to statute.


U. S. Citizenship and Immigration Services

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

1697454

DEPARTMENT OF HOMELAND SECURITY

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION



No. 14888448

I.N.S. Registration No. A26 161 019

Personal description of holder as of date of issuance of this certificate: Date of birth FEBRUARY 15, 1956, sex FEMALE, complexion ***, color of eyes ***, color of hair ***, height 5 feet 6 inches, weight *** pounds, visible distinctive marks ***.

Marital status SINGLE; Country of former nationality HAITI

Marie Lourdes Banks-Gervais
(Complete and true signature of holder)



Be it known that **MARIE LOURDES BANKS-GERVAIS** residing at 55 BOTSFORD STREET, HEMPSTEAD, NEW YORK, 11550 having applied to the Commissioner of Immigration and Naturalization for a Certificate of Naturalization and having proved to the satisfaction of the Commissioner that (s)he

WAS NATURALIZED BY TH EUNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF NEW YORK, AT BROOKLYN, NEW YORK ON JUNE 25, 1991.

Now Therefore, in pursuance of the authority contained in Section 343(B) of the Immigration and Nationality Act, this Certificate of Naturalization is issued this 4TH day of OCTOBER nineteen hundred and NINETY FOUR and the seal of the Department of Justice affixed pursuant to statute.

Seal

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

649291

Doris McInnes
COMMISSIONER OF IMMIGRATION AND NATURALIZATION

## DEPARTMENT OF JUSTICE

FORM N-570 (REV. 11-1-87)

I re Cer___ ly ___ alization ___
via regular mail and the registrat-
number manipulated - IN Bedford-Stuyvesant
I took it to the Federal Court
in Brooklyn.
Zip 11201.

**U.S. Department of Homeland Security**
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE, TX 75185    zip 11221

**U.S. Citizenship and Immigration Services**

Monday, July 6, 2015

MARIE LOURDES BANKS-GERVAIS
C/O BANKS-GERVAIS MARIE LOURDES
P.O BOX 750192
FOREST HILLS NY 11375

Dear Marie Lourdes Banks-gervais:

On 07/02/2015 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner — Legal AID MS Allison Baker |
| **Attorney Name:** | Information not available |
| **Case type:** | N565 |
| **Filing date:** | 10/16/2014 |
| **Receipt #:** | SRC-15-023-50169 |
| **Referral ID:** | WKD1831503164TSC |
| **Beneficiary (if you filed for someone else):** Myself | Information not available |
| **Your USCIS Account Number (A-number):** | A002161019 → A 26 161 019 |
| **Type of service requested:** | Change of Address |

The status of this service request is:

We have updated your address in our electronic system with the new information you gave during your call.

We hope this information is helpful to you.

My U.S.C.IS A number was given to
me legally - Court hearing 1985. -
Two FBI know when my ex husband pet-
itioned me

**Online Services**

We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:

* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

**Address Changes**

If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

The Post office planted money order to kidnap me with
zip code 11221    National Grid
U.S. CIS - 07-06-2015 12:54 PM CDT - SRC-15-023-50169    I Do not Buy or
sell Documents.



## A Synthesis of the Russian Textbook on Psychopolitics

PSYCHOPOLITICS – The art and science of asserting and maintaining dominion over the thoughts and loyalties of individuals, officers, bureaus, and masses, and the effecting of the conquest of enemy nations through "mental healing."

### 139  There Is a Fountain Filled With Blood

William Cowper                                                           Lowell Mason

1. There is a foun-tain filled with blood, Drawn from Im-man-uel's veins;
2. Dear dy-ing Lamb, Thy pre-cious blood Shall nev-er lose its pow'r,
3. E'er since by faith I saw the stream Thy flow-ing wounds sup-ply,

And sin-ners, plunged be-neath that flood, Lose all their guilt-y stains.
Till all the ran-somed church of God Be saved to sin no more.
Re-deem-ing love has been my theme, And shall be till I die.

**Refrain**

Lose all their guilt-y stains, . . .  Lose all their guilt-y stains;
Be saved to sin no more, . . . . . Be saved to sin no more;
And shall be till I die, . . . . . And shall be till I die;

Case 1:15-cv-04391-RJD-VMS   Document 1   Filed 07/24/15   Page 10 of 10 PageID #: